UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
Case No. 18-cv-22666-KMM

ROSARIO SANCHEZ

    Plaintiff,

vs.

PORKYS CABARET INC., d/b/a BELLAS
CABARET, a Florida Company

    Defendant.
_____/

### PLAINTIFF'S STATEMENT OF CLAIM

Plaintiff, ROSARIO SANCHEZ, ("Plaintiff"), respectfully submits this Statement of Claim as follows:

a. <u>Total amount of alleged unpaid wages</u>:

    $21,561.60 (liquidated)

b. <u>Calculation of such wages</u>:

    1. <u>Unpaid Florida Minimum Wages:</u>[1] Plaintiff worked for Defendant as a waitress/bartender employee, from December 2011 to on or about November 2014. Plaintiff was paid at $20.00 per day when she worked as a waitress and $30.00 per day when she worked as a bartender. Plaintiff worked approximately thirty-two (32) to forty (40) hours a week and worked four (4) days a week. The Florida minimum wage for tipped employees in 2012 was $4.65. As such, Plaintiff is owed a total of approximately $9,672.00 (40 hours x $4.65 x 52 weeks) unliquidated unpaid wages

---

[1] Plaintiff has filed her Amended Complaint removing all claims under Federal Law and within the jurisdiction of this Court. (ECF No. 8). Plaintiff is filing this Statement of Claim based on the wages owed to her under Florida Minimum Wage Act and to satisfy this Court's requirements. (ECF No. 3). Plaintiff will file a Motion to Remand this matter to state court.

for this period of time minus at most $6,240.00 ($30.00 x 4 days x 52 weeks) for the monies she received. The Florida minimum wage for tipped employees in 2013 was $4.77. As such, Plaintiff is owed a total of approximately $9,921.60 (40 hrs x $4.77 x 52 weeks) unliquidated unpaid wages minus at most $6,240.00 ($30.00 x 4 days x 52 weeks) for the monies she received for this period of time. The Florida minimum wage for tipped employees in 2014 was $4.91. As such, Plaintiff is owed a total of approximately $9,427.20 (40 hours x $4.91 x 48 weeks) unliquidated unpaid wages minus at most $5,760.00 ($30.00 x 4 days x 48 weeks) for the monies she received for this period of time. Therefore, Plaintiff is seeking a total of at least $10,780.00 in unliquidated unpaid wages.

2012:

| DIFFERENCE IN FLORIDA MINIMUM WAGE RATE | APPROX. HOURS WORKED PER WEEK | NUMBER OF WEEKS | TOTAL WAGES OWED (unliquidated) |
|---|---|---|---|
| $1.65 | 40 HOURS | 52 WEEKS | $3,432.00 |

2013:

| DIFFERENCE IN FLORIDA MINIMUM WAGE RATE | APPROX. HOURS WORKED PER WEEK | NUMBER OF WEEKS | TOTAL WAGES OWED (unliquidated) |
|---|---|---|---|
| $1.77 | 40 HOURS | 52 WEEKS | $3,681.60 |

2014:

| DIFFERENCE IN FLORIDA MINIMUM WAGE RATE | APPROX. HOURS WORKED PER WEEK | NUMBER OF WEEKS | TOTAL WAGES OWED (unliquidated) |
|---|---|---|---|
| $1.91 | 40 HOURS | 48 WEEKS | $3,667.20 |

Plaintiff reserves the right, however, to adjust and amend this initial calculation as discovery proceeds as it may be discovered that Plaintiff is owed more or less than those amounts calculated.

c. Nature of wages:

This amount represents liquidated minimun wages.

d. Attorneys' Fees:
To date, counsel for Plaintiff has spent approximately ten (10) hours prosecuting Plaintiff's claims at a rate of $400.00 per hour, total attorneys' fees accrued are $4,000.

**WHEREFORE**, based on the foregoing, the Plaintiff files this Statement of Claim.

Dated: July 23, 2018

Respectfully submitted,

*/s/Nathaly Lewis*
Peter M. Hoogerwoerd, Esq.
Fla. Bar No.: 0188239
pmh@rgpattorneys.com
Nathaly Lewis, Esq.
Fla. Bar No. 118315
nl@rgpattorneys.com
***Remer & Georges-Pierre, PLLC***
44 West Flagler Street, Suite 2200
Miami, FL 33130
(305) 416-5000- Telephone
(305) 416-5005- Facsimile

## **CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on this 23rd day of July 2018 I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

                                                s/ Nathaly Lewis  
                                                NATHALY LEWIS

## SERVICE LIST

Peter Michael Hoogerwoerd, Esq.
Florida Bar No.: 188239
Email: pmh@rgpattorneys.com
Nathaly Lewis, Esq.
Florida Bar No.:118315
Email: nl@rgpattorneys.com
**REMER & GEORGES-PIERRE, PLLC**
44 West Flagler Street, Suite 2200
Miami, Florida 33130
Telephone: (305) 416-5000
Facsimile: (305) 416-5005

*Attorneys for Plaintiff*


Joshua M. Entin, Esq.
 Fla. Bar No. 493724
josh@entinlaw.com
ENTIN LAW GROUP, P.A.
633 S. Andrews Avenue,
Suite 500
Ft. Lauderdale, Florida 33301
Tel: (954) 761-7201
Fax: (954) 764-2443

Attorney for Defendant, Porky's Cabaret Inc.